82.559-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

Dear CHIEF Justice Keller,

06/12/2015

My Name is Marcus Tyrone Runnells, at this time I do not have any Court/ hearing proceedings pending. As recently as 6/3/2015 the Court dismissed without written order Case # Tr.Ct.No.064419-B and Tr.Ct.NO.064419-A 1/15/15. At this time, I'm writing to you, with all Respect, a plea, and prayer under 79.1 (d) stating (The Court may on it's own initiative reconsider the Case. The Facts are as follows: Orginally I was charged with a state Jail felony, that I admitted to and was, willing to plead guilty. My 6th Amendent entitling me to Counsel was violated in Many ways by the Court Appointed Attorney assigned to my case James R Dunn Sr. His Counsel was ineffective, and do to it I reported it. The Board of Disciplinary Appeals was given information by my hand so appeal of a grievance that was earlier deined by the Texas Bar stating Mr. Dunn Sr did not violate disciplinary rules 2/19/2015. I've stated Mr. Dunn did not carry out my wishes to plea to the lesser charge or punishment; Mr. Dunn Allowed me to be re-indicted 5 months after my frist indictment, without raising to the denfense in anyway. ADA was Allowed to threaten me 5/13/14 and refused to allow me to speak with my Attorney about it. ADA Ashmore threatened to re-indict me on om a more serious charge, and did so with Mr. Dunn present. Both ADA Ashmore and PD James R Dunn Sr. have Sworn that these statements are true in affidavit in the states response to Case# Tr.Ct.NO 064419-A 12/3/2014 and I'm still denied Relief in my Case .5/23/2014 Mr. Dunn Sr was told we had a conflict of intrest because his action, and a verbal disagreement, I asked him to recuss himself from my case with a motion to the court. He advised me to file it myself. 5/25/14 I sent to the Court Administrator a Request form, Requesting new Counsel and Reporting Mr. Dunn Sr Actions it went unanswered to date. Request sent Nikki McDonald. The state Jail felony was dismissed 6/18/2014 the same day out fear that I would not get a fair trial I plead guilty to 5yrs and started appealing Emeditly Frist with the court in Grayson Co

I alerted, A federal Public Defender Investigator, I know willing to tesify to this claim. I alerted 2 state certified pheology professionals in the state of Oklahoma, and 1 oklahoma child protective services officer. as well as 2 Colorado State Troopers that I know. All kept informed of PD James Dunn Sr. and ADA Kera Ashmore actions during, after, and since my case.

Sincerely, Marcus Runnels

Marcus T. Runnels #1939534
Stevenson Unit
1525 FM 766
Cuero, TX 77954

Long Hand Copy of: THE BOARD of DISCIPLINARY APPEALS
Ruleing on Mr. Dunn's Conduct of Case.

Marcus Tyrone Runnels
#1939534, Bartlett State Jail
   RE: Disposition of Appeal Notice
   Marcus Tyrone Runnels v. James R. Dunn
   201500909; BODA Case No. 55858

Dear Mr. Runnels:

On April 2, 2015 the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with State Bar Disciplinary Counsel's office and no other information, the Board grants the appeal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

   Rules(s) 1.01(b)(1); 1.02(a)(2)
   The Board of Disciplinary Appeals will now return the case to the office of the Chief Disciplinary Counsel for investigation and a determination whether there is just cause to believe that the attorney has committed professional misconduct. The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint. For information concerning the handling of the case from this point forward, please contact the regional office of the Chief Disciplinary Counsel in charge of your case.

                                    Very truly yours,
                                    Christine E. McKeeman
Recived April, 06. 2015
Stevenson Unit                      Executive Director & General Counsel

Marcus Tyrone Runnels

DEFENDANT'S
COPY

DEFENDANT: MARCUS TYRONE RUNNELLS
ADDRESS: 210 W Sycamore ST
Durant OK
CAUSE NUMBER: 063944

| COUNT | DEGREE | OFFENSE | BOND AMOUNT |
|-------|--------|---------|-------------|
| | State Jail Felony | CREDIT CARD OR DEBIT CARD ABUSE | 5,000 PR/ |

PA CONTROL NO. 13-04976
TRN #: NOT AVAILABLE          TRS#:
DESCRIPTION: DOB 04/08/1983, Black, Male
WITNESSES FOR GRAND JURY:   CHRIS NORDHOFF
DATE REC'D IN OFFICE: _____
ARREST DATE:
CO-DEFENDANT(S): _____

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors, duly selected, organized and impaneled as such in and for the County of Grayson, State of Texas, at the January Term, 2014, A.D., of the District Court in and for the 397th Judicial District of Texas and for said County upon their oaths in said Court at said Term present that on or about the 6th day of November, 2013, A.D., and anterior to the presentment of this indictment, in the County of Grayson and State of Texas, Marcus Runnells hereinafter called "Defendant", did then and there, intentionally or knowingly appropriate, by acquiring or otherwise exercising control over, property, to-wit: a credit card, namely, Belk card, Kohl's card, J.C. Penney card, Citibank card, Sears card; Bank of America card, or Sam's card from Theresa Wagnon, the owner thereof, without the effective consent of the owner, and with intent to deprive the owner of the property,

against the peace and dignity of the State.

JOSEPH D. BROWN
Criminal District Attorney

_____
Foreman of the Grand Jury

FILED FOR RECORD
BY_____

14 JAN 22 AM 11: 57

KELLY ASHMORE
DISTRICT CLERK
GRAYSON. TX

STATE OF TEXAS
COUNTY OF GRAYSON
I, Kelly Ashmore, District Clerk in and for Grayson County Texas, do hereby certify that the above and foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Grayson County, Texas. Witness my hand and seal of the Court, this the 26 day of January A.D., 2014.
KELLY ASHMORE, DISTRICT CLERK
GRAYSON COUNTY TEXAS

_____ Deputy



# 397th District Court
## Honorable Brian K. Gary

MARCUS TYRONE RUNNELLS
4019 METROPOLITAIN
DALLAS TX 75210

Re: STATE OF TEXAS v. MARCUS TYRONE RUNNELLS
064419; CT 1-7 CREDIT CARD OR DEBIT CARD ABUSE ELDERLY

Dear MARCUS TYRONE RUNNELLS:

A felony indictment has been returned against you by the Grayson County Grand Jury in the above entitled and numbered cause and is filed in the 397th District Court. This letter is your notice and you are hereby advised the matter has been set for **First Appearance with an Attorney** on the above indictment for:

Date/Time:    4th day of June, 2014/ 1:30 PM
Location:    397th District Court, Grayson County Justice Center, 2nd floor, 200 S. Crockett Street, Sherman, TX 75090

You are **Ordered to Appear** before the Court on the above date and time.

**YOUR FAILURE TO APPEAR WILL RESULT IN BOND FORFEITURE AND A WARRANT BEING ISSUED FOR YOUR ARREST. YOUR ATTENDANCE IS MANDATORY.**

You are directed to notify your attorney of this letter. If you believe you cannot afford an attorney, you **shall** bring documentation of your efforts to hire an attorney, including the names of the attorneys you contacted, the dates contacted, the cost of each attorney, and any documentation of your income, assets, debts, and expenses so the Court may determine whether you qualify for a court appointed attorney on your First Appearance date. If you have any questions, please call the Court Coordinator at (903) 813-4311.

Furthermore, the judge added conditions of bond to the bond you posted. Please contact the District Clerk immediately for a copy of your amended conditions of bond. **Compliance with all conditions of bond is required to stay out of jail.**

Signed on June 03, 2014

*Stacey Samples*
Court Coordinator, 397th District Court

cc:    District Clerk File
District Attorney: KERYE ASHMORE/J. BRETT SMITH
Attorney(s): JAMES R. DUNN
Bondsman:

C4

## CAUSE NO. 063944

| THE STATE OF TEXAS | § | IN THE 397TH |
| VS. | § | DISTRICT COURT OF |
| MARCUS TYRONE RUNNELLS | § | GRAYSON COUNTY, TEXAS |

### ORDER GRANTING DISMISSAL

On this day, came on to be heard the written motion of the State's Attorney requesting dismissal of the cause for the reason(s) set out in said motion, and the same having been heard and duly considered, the Court is of the opinion that the reason(s) so stated is good and sufficient to authorize such a dismissal.

It is, therefore, considered, ordered and adjudged by the Court that this criminal action be and the same is hereby dismissed.

SIGNED this the 18th day of June 2014.

_____
Judge Presiding

FILE FOR RECORD
JUN 18 2014
Kelly Ashmore,
District Clerk
Grayson County

# GRAYSON COUNTY JAIL
## REQUEST FORM

*Example*

OFFICER: A.T.145      DATE: 7-24-14

INMATE'S NAME: _____

GCSO#: _____ DOB: _____ CELL: _____

TO: <u>CIRCLE TO WHOM THIS REQUEST IS MADE</u>

CHAPLAIN    JAIL ADMINISTRATION    SHIFT SERGEANT

MEDICAL    (COURT ADMINISTATION)    CLASSIFICATION

NOTARY    PROPERTY OFFICER    COMMISSARY

BARBER    VISITATION OFFICER    PROBATION

INDIGENT    POD OFFICER    MAIL OFFICER

GRIEVANCE

WRITE REQUEST HERE I was arrested in Dallas Co for my Case#063944 on 2/8/14 and Transported to Grayson Co 2/20/14. I have been Jailed Since 2/8/14 and my Charge was Enhanced 6/3/14 and I plead 6/18/14 I have been in Jail 165 days but was only Given Credit for 15days at my plea I would like my Jail time

_____. INMATE INITIALS MR

OFFICER USE ONLY:

OFFICER        TIME        DATE

. Talk to my Lawyer

A misteminor happened in Denison - Theft of a elderly
State Jail Feliony happened in Denison - 40.⁰⁰ purchase of Gas at a
Store. (Credit Card Depost Card Abuse.)

The Rest of the Alligations in the police Report - are for Okla Athuroitys
to prosecute on / wal-mart / casino / loves purchase

Why as has my right to a preliminary Hearing been over looked

How is the prosecuter Here Continuing to talk about my / pending charges
in OKLA.

Why or how my True bill of Indictment Charges / Cause # / offense
/And Degree / Aswell as Counts!

Re-indicted - June 3rd and Forms delivered come
day. May 23 indicted on more charges / May 16th Bryan Co files
Charges / After Runnels Jailed for 4 months
Have theft definded in open Court and it's punishment
defind ldebt Card + Credit Card Abuse and its punishment

Ask if the term (trumphed charges) Refers to Fabraicated charges

(6-4-14) At pre-trail charges are (trumphed) Fabraicated
The two counts list the same charges as two degrees of offenses

5/13/14 Kery Ashmore was stand in Counsal for the state and since
he has made my legal issue a personnal attack.

6/4/14  Keri Ashmore informs defendant that, D.A Emily Redman has plans to File Felony Case on Defendant for failure to Register as a sex offender. / Family members go to (ODCR) to find Ms. Redman filed a charge on Runnels 5/16/14 same day Dunn visits / 72 hrs after threats to make my life Hell By Ashmore. 4 months after Runnels has been in custody and 6 months after the last time Runnels was in Okla. Ashmore advises Runnels of the personal dislike the D.A office as n Bryan Co for him.